MARIA AUQUI et al., Respondents, v SEVEN THIRTY ONE LIMITED PARTNERSHIP et al., Appellants.

Submitted July 30, 2012; decided August 28, 2012

Motion by New York State Trial Lawyers Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of BRONX COMMITTEE FOR TOXIC FREE SCHOOLS et al., Respondents, v NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY et al., Appellants.

Submitted August 6, 2012; decided August 28, 2012

Motion by New Partners for Community Revitalization for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

BARBARA COLEMAN, by Her Attorney-in-Fact, MAZILEE COLEMAN, on Behalf of Herself and All Others Similarly Situated, Respondent, v RICHARD F. DAINES, M.D., Individually and as Commissioner of the New York State Department of Health, et al., Appellants.

Submitted August 6, 2012; decided August 28, 2012

Motion by Empire Justice Center et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

In the Matter of DASHAWN W. and Others, Children Alleged to be Abused. ANTOINE N., Appellant; RONNELLE B., Respondent; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent.

Submitted August 6, 2012; decided August 28, 2012

Motion for poor person relief granted.